## Thomas, Appellants, *v.* Rose.

Argued September 12, 1967. *Mark Braverman*, for appellants; *Louis J. DiGiacomo*, with him *Wrigley, Curtin, DiGiacomo & Yocum*, for appellees.

Order affirmed.

## Tozzi *v.* Rosenau Brothers, Inc. et al., Appellants.

Argued September 12, 1967. *David L. Pennington*, with him *Liebert, Harvey, Bechtle, Herting and Short*, for appellants; *Charles F. Quinn*, for appellee.

Order and judgment affirmed.